IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KARMELION LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 18-1672-MN |
| | ) |
| UTC FIRE & SECURITY AMERICAS CORPORATION, INC., | ) ) |
| | ) |
| Defendant. | ) |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff Karamelion LLC hereby files this voluntary Notice of Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). According to Rule 41(a)(1), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Accordingly, Karamelion LLC voluntarily dismisses this action against Defendant with prejudice pursuant to Rule 41(a)(1).

| | |
|---|---|
| April 5, 2019 | DEVLIN LAW FIRM LLC |
| | |
| OF COUNSEL: | */s/ Timothy Devlin* |
| | Timothy Devlin |
| | Delaware Bar No. 4241 |
| David R. Bennett | 1306 N. Broom Street, 1st Floor |
| (Admitted *pro hac vice*) | Wilmington, DE 19806 Phone: |
| Direction IP Law | (302) 449-9010 |
| P.O. Box 14184 | tdevlin@devlinlawfirm.com |
| Chicago, IL 60614-0184 | |
| (312) 291-1667 | **ATTORNEYS FOR PLAINTIFF** |
| dbennett@directionip.com | **KARAMELION LLC** |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 5, 2019, I electronically filed the above documents with the Clerk of Court using CM/ECF which will send electronic notification of such filings to all registered counsel.

                        */s/ Timothy Devlin*
                        Timothy Devlin (#4241)